UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. |
| Plaintiff | : | SECTION |
| v. | : | JUDGE |
| LEON CANNIZZARO, JR., and ABC INSURANCE COMPANIES 1-10, | : | MAGISTRATE |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## NOTICE OF COLLATERAL PROCEEDINGS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Robert Jones to put the Court on notice, pursuant to LR 3.1, that this lawsuit comprises a material part of the subject matter and operative facts raised in the following civil actions previously pending before this Court:

*Bernard v. Connick, et al.*, 2:89-cv-04916-PB

*Cousin v. Small, et al.*, 2:00-cv-00069-SSV

*Thompson v. Connick, et al.*, 2:03-cv-02045-CJB-ALC

*Truvia v. Julien, et al.*, 2:04-cv-00680-KDE-JCW

*Smith v. Connick, et al.*, 2:13-cv-00052-ILRL-DEK

*Adams v. City of New Orleans, et al.*, 2:15-cv-01543-SM-DEK

The plaintiff in each of these lawsuits alleged that (1) he was a defendant prosecuted by the Orleans Parish District Attorney's Office ("OPDA"), (2) in connection with such prosecution, OPDA violated his constitutional right to the disclosure of information favorable to his defense under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (3) OPDA was liable to him for the

resulting damages under 42 U.S.C. § 1983 and the doctrine of municipal liability set forth in *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978), and its progeny.

Respectfully submitted,

*/s/ Mark A. Cunningham*
Mark A. Cunningham (La 24063)
JONES WALKER LLP
201 St. Charles Avenue, Ste. 5100
New Orleans, LA 70170
Phone: 504.582.8536
Email: mcunningham@joneswalker.com

with

Alan Vinegrad* (T.A.)
Erin Monju*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, N.Y. 10018
Phone: (212) 841-1000
Email: avinegrad@cov.com,
emonju@cov.com

and

Nina Morrison*
INNOCENCE PROJECT
40 Worth Street
Suite 701
New York, N.Y. 10013
Phone: (212) 364-5340
Email: nmorrison@innocenceproject.org

*\*Application for admission pro hac vice to be filed*

*Attorneys for Plaintiff Robert Jones*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been served upon all counsel of record by using the CM/ECF system, this 16th day of January, 2018.

> */s/ Mark A. Cunningham*
> MARK A. CUNNINGHAM