UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. 2:18-CV-0503-JTM-JCW |
| Plaintiff | : | SECTION H(2) |
| v. | : | JUDGE JANE TRICHE MILAZZO |
| LEON CANNIZZARO, JR., and ABC INSURANCE COMPANIES 1-10, | : | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**SUBPOENA *DUCES TECUM***

Upon consideration of Plaintiff's Unopposed Motion for Order Compelling Production of Documents, it is hereby ORDERED that the subpoena *duces tecum* be ISSUED.

An authorized representative of Louisiana State Penitentiary is HEREBY COMMANDED to appear before:

> The Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
> United States District Court, Eastern District of Louisiana
> 500 Poydras Street
> New Orleans, Louisiana 70130

on the 24th day of April, 2019 and to BRING WITH YOU: All medical records for Robert Jones (DOB     1973, SSN     7152, DOC #366299), during the entirety of Mr. Jones's imprisonment, from April 18, 1992 until November 20, 2015, including, but not limited to, nurse and physician evaluations, diagnoses, treatments and notes; psychological, psychiatric, and psychotherapeutic evaluations, diagnoses, treatments and notes; counseling records; progress reports; ward notes; films; x-rays; charts; scans; discharge summaries; emergency room records; raw data; invoices for services, test results and notes; and dental records.

This subpoena may be complied with by sending the requested information to Plaintiff's counsel at the offices of Covington & Burling LLP (ATTN: Erin Monju, The New York Times Building, 620 Eighth Avenue, New York, NY 10018) or to the court in lieu of actual appearance in court.

1

DATED: _____4/8/19_____    _____
                                   The Honorable Joseph C. Wilkinson, Jr.
                                   United States District Court, Eastern District
                                   of Louisiana
                                   500 Poydras Street
                                   New Orleans, Louisiana 70130


RECEIVED BY: _____   _____
                    Signature                                      Print Name

DATE & TIME: _____


PROCESS SERVER: _____   _____
                       Signature                                      Print Name