UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**ROBERT JONES**                                    **CIVIL ACTION**


**VERSUS**                                          **NO: 18-503**


**LEON CANNIZZARO JR. ET AL.**              **SECTION: "H"(1)**


## ORDER

**IT IS ORDERED** that a telephone status conference is **SET** for September 9, 2019 at 2:00p.m. Counsel for Plaintiff shall initiate the call and consolidate all parties onto one line before contacting chambers at 504-589-7585.

**IT IS FURTHER ORDERED** that the parties shall fax to 504-589-7521 by September 9, 2019 at 9:30a.m. a letter outlining the issues to be discussed at the telephone status conference.


New Orleans, Louisiana, on this 6th day of September, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE