**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ROBERT JONES,

*Plaintiff*,

v.

LEON CANNIZZARO, JR., in his official capacity; ABC INSURANCE COMPANIES 1–10,

*Defendants*.

Civil Action No. 18-503

Section H
Judge Jane Triche Milazzo

Division 2
Magistrate Judge Joseph Wilkinson, Jr.

**MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING ALLEGED *BRADY* VIOLATIONS IN CASES RESOLVED BY GUILTY PLEA**

Leon Cannizzaro, Jr. (in his official capacity as Orleans Parish District Attorney ("OPDA")), through undersigned counsel, respectfully requests entry of partial summary judgment under Federal Rule of Civil Procedure 56, holding that there was no unconstitutional suppression of *Brady* evidence (*i.e.*, no *Brady* violation) by any OPDA prosecutor relating to the four crimes for which Robert Jones pleaded guilty. As explained further in the accompanying memorandum, it has been "settled precedent" in the Fifth Circuit for at least 19 years that "there [is] no constitutional right to *Brady* material prior to a guilty plea." *Alvarez v. City of Brownsville*, 904 F.3d 382, 392 (5th Cir. 2018) (en banc). Accordingly, because Mr. Jones could not have suffered any *Brady* violation in connection with his prosecution for the four crimes for which he pleaded guilty, OPDA is entitled to partial summary judgment.

Robert L. Freeman, Jr., 21596
Donna R. Andrieu, 26441
Office of the District Attorney,
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 822-2414, ext. 2877
Facsimile: (504) 827-6393

Thomas J. Barbera, 18719
4645 Carthage Street
Metairie, Louisiana 70002
Telephone: (504) 931-0662

*/s/ Matthew J. Paul*
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)*