UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT JONES,<br><br>  *Plaintiff*,<br><br>v.<br><br>LEON CANNIZZARO, JR., in his official capacity; ABC INSURANCE COMPANIES 1–10,<br><br>  *Defendants*. | Civil Action No. 18-503<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 2<br>Magistrate Judge Joseph Wilkinson, Jr. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING
ALLEGED *BRADY* VIOLATIONS IN CASES RESOLVED BY GUILTY PLEA**

  Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Leon Cannizzaro, Jr. (in his official capacity as Orleans Parish District Attorney ("OPDA")), through undersigned counsel, submits the following statement of uncontested material facts in support of OPDA's Motion for Partial Summary Judgment Concerning Alleged Post-Conviction *Brady* Violations:

  1. In addition to the crimes for which Robert Jones was tried and convicted in March 1996, Mr. Jones was also charged with (1) the murder of Julie Stott (later reduced to manslaughter); (2) the armed robbery of Bethany Acosta; (3) the armed robbery of Patrick van Hoorebeek; and (4) the armed robbery of Curtis Boutte (referred to herein as the "Guilty Plea Crimes"). Paul Declaration, Exhibit 1 (indictment in Case No. 357-917); Paul Declaration, Exhibit 2 (indictment in Case No. 356-745)

  2. On April 2, 1996, Mr. Jones pleaded guilty to the manslaughter of Julie Stott and the armed robberies of Bethany Acosta, Patrick van Hoorebeek, and Curtis Boutte. Paul Declaration, Exhibit 3 (transcript of April 2, 1996 proceedings); Paul Declaration, Exhibit 4 (guilty

1

plea form signed by Robert Jones); Paul Declaration, Exhibit 5 (excerpt of Robert Jones deposition transcript).

|  |  |
|---|---|
| Robert L. Freeman, Jr., 21596<br>Donna R. Andrieu, 26441<br>Office of the District Attorney,<br>Parish of Orleans<br>619 South White Street<br>New Orleans, Louisiana 70119<br>Telephone: (504) 822-2414, ext. 2877<br>Facsimile: (504) 827-6393<br><br>Thomas J. Barbera, 18719<br>4645 Carthage Street<br>Metairie, Louisiana 70002<br>Telephone: (504) 931-0662 | */s/ Matthew J. Paul*<br>Richard C. Stanley, 8487<br>W. Raley Alford, III, 27354<br>Matthew J. Paul, 37004<br>STANLEY, REUTER, ROSS, THORNTON<br>  & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112<br>Telephone: (504) 523-1580<br>Facsimile: (504) 524-0069<br>rcs@stanleyreuter.com<br>wra@stanleyreuter.com<br>mjp@stanleyreuter.com |

*Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)*