UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT JONES, <br><br> *Plaintiff*, <br><br> v. <br><br> LEON CANNIZZARO, JR., in his official capacity; ABC INSURANCE COMPANIES 1–10, <br><br> *Defendants*. | Civil Action No. 18-503 <br><br> Section H <br> Judge Jane Triche Milazzo <br><br> Division 2 <br> Magistrate Judge Joseph Wilkinson, Jr. |

**DECLARATION OF MATTHEW J. PAUL IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING ALLEGED *BRADY* VIOLATIONS IN CASES RESOLVED BY GUILTY PLEA**

I, MATTHEW J. PAUL, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court who is representing Mr. Cannizzaro, in his official capacity, in the above-captioned case.

2. I respectfully submit this declaration in order to place certain exhibits before the Court in support of Mr. Cannizzaro's Motion for Partial Summary Judgment Concerning Alleged *Brady* Violations in Cases Resolved by Guilty Plea.

3. Attached as Exhibit 1 is a true and correct copy of the August 13, 1992 indictment in Orleans Parish Criminal District Court Case No. 357-917.

4. Attached as Exhibit 2 is a true and correct copy of the June 11, 1992 indictment in Orleans Parish Criminal District Court Case No. 356-745.

5. Attached as Exhibit 3 is a true and correct copy of a transcript of the April 2, 1996 proceedings in Orleans Parish Criminal District Court Case Nos. 356-745 and 357-917.

2

      6.      Attached as Exhibit 4 is a true and correct copy of a "Waiver of Constitutional Rights and Plea of Guilty" form signed by Robert Jones in connection with Orleans Parish Criminal District Court Case Nos. 356-745 and 357-917.

      7.      Attached as Exhibit 5 is a true and correct excerpt of a transcript of the July 18, 2019 deposition of Robert Jones.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2019.

                                                                     */s/ Matthew J. Paul*