```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3

 4   ROBERT JONES
             Plaintiff,        CIVIL ACTION NO. 18-503
 5   VERSUS
                               SECTION H
 6   LEON CANNIZZARO, JR.,     JUDGE JANE TRICHE MILAZZO
     IN HIS OFFICIAL CAPACITY;
 7   ABC INSURANCE COMPANIES   DIVISION 2
     I-10                      MAGISTRATE
 8                             JUDGE JOSEPH WILKINSON, JR.
             Defendants.
 9

10

11

12

13

14

15         Videotaped Deposition of ROBERT JONES,

16   taken on Thursday, July 18, 2019 in the Law Offices

17   of JONES WALKER, 201 St. Charles Avenue, New

18   Orleans, Louisiana.

19

20

21

22

23

24

25
```

EXHIBIT 5

```
 1       Q    Okay.  Was it your decision not to call
 2   Lester Jones as a witness at trial?
 3       A    I don't recall none of that.
 4       Q    If I can get you to refer back to the
 5   transcript.
 6       MR. VINEGRAD:
 7            165?
 8       MR. ALFORD:
 9            Yes.
10   BY MR. ALFORD:
11       Q    Exhibit 165, you can turn to Page 225.
12   Okay.  At the bottom of that page, you ask whether
13   you can say something, and the court tells you "No,
14   sir, you have to respond to a question."
15            Do you recall what you wanted to say?
16       A    I can't recall.
17       Q    Okay.  After this trial, after you were
18   convicted in April of 1996, you pleaded guilty to
19   manslaughter in the Julie Stott case, correct?
20       A    Yes.
21       Q    And you also pleaded guilty to the armed
22   robbery of Bethany Acosta, correct?
23       A    Yes.
24       Q    You also pleaded guilty to the armed
25   robbery of Patrick Van Hoorebeek, correct?
```

```
 1      A    Yes.
 2      Q    You also pleaded guilty to the armed
 3 robbery of Curtis Boutte, correct?
 4      A    Yes.
 5      Q    For the guilty plea to manslaughter of
 6 Julie Stott, you were sentenced for 21 years in the
 7 Department of Corrections for that manslaughter,
 8 correct?
 9      A    Yes.
10      Q    You received a 25-year sentence on the
11 Acosta robbery, correct?
12      A    Yes.
13      Q    Twenty-five years also on the Van
14 Hoorebeek robbery, correct?
15      A    Yes.
16      Q    And each of these sentences were without
17 the benefit of parole, probation, or suspension of
18 sentence, correct?
19      A    Yes.
20      Q    Same question for the -- for Curtis
21 Boutte, that sentence was without the benefit of
22 parole, probation, or suspension of sentence,
23 correct?
24      A    No.  It was -- it was for parole.  They
25 had parole on it.  They had a parole on those
```