UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT JONES**                           **CIVIL ACTION**

**VERSUS**                                 **NO: 18-503**

**LEON CANNIZZARO JR. ET AL.**             **SECTION: "H"(1)**

## ORDER

Before the Court is Defendant's Motion for Partial Summary Judgment Concerning Post-Conviction Brady Violations (Doc. 118).

Accordingly;

**IT IS ORDERED** that the parties shall file supplemental briefing not to exceed 5 pages by October 4, 2019 addressing the following issue: How would a finding of a post-conviction *Brady* violation by Defendant affect the outcome of this case?

New Orleans, Louisiana, on this 20th day of September, 2019.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**