# STANLEY, REUTER, ROSS THORNTON & ALFORD, LLC

MATTHEW J. PAUL

OUR FILE NO. 61-425

909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069

September 25, 2019

**BY FACSIMILE**

Honorable Joseph C. Wilkinson, Jr.
U.S. District Court, Eastern District of Louisiana
500 Poydras Street, Room B421
New Orleans, LA 70130

Re: *Jones v. Cannizzaro*, EDLA Case No. 18-503

Dear Judge Wilkinson:

On August 12, 2019, you held a telephone conference to discuss Mr. Cannizzaro's Unopposed Motion to Transport Prisoner to U.S. District Court for Deposition. *See* Doc. Nos. 134, 139. You denied Mr. Cannizzaro's request to transport Lester Jones from the Louisiana State Penitentiary to the district court for a pre-trial deposition, but you made your courtroom available for the parties to conduct a remote video deposition. You asked me to send a letter to the Court informing you as to how the deposition would proceed. Counsel for Mr. Cannizzaro have decided to conduct the deposition of Lester Jones in person at Angola, and they have noticed and arranged the deposition for September 27, 2019. Counsel therefore will not need to use the Court's video conference facilities.

Sincerely,

Matthew J. Paul

MJP

cc: Erin Monju, Esq. (by email)

*[Handwritten annotation: "File in the record" signed 9/25/19]*

*[Stamp: RECEIVED SEP 25 2019 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.]*