# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT JONES,<br><br>*Plaintiff,*<br><br>v.<br><br>LEON CANNIZZARO, JR., in his official capacity; ABC INSURANCE COMPANIES 1–10,<br><br>*Defendants.* | Civil Action No. 18-503<br><br>Section H<br>Judge Jane Triche Milazzo<br><br>Division 2<br>Magistrate Judge Joseph Wilkinson, Jr. |

## RESPONSES TO SECOND SET OF REQUESTS FOR PRODUCTION

Leon A. Cannizzaro, Jr. (in his official capacity as Orleans Parish District Attorney), through undersigned counsel, submits the following responses to the Second Set of Requests for Production propounded by Plaintiff Robert Jones. These responses are made in accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure and are limited to documents in the possession, custody, or control of the Orleans Parish District Attorney's Office ("OPDA").

**REQUEST FOR PRODUCTION NO. 35**

Produce documents sufficient to identify the hire date(s) (i.e. first day(s) of employment) and termination date(s) (i.e. last day(s) of employment) at OPDA of the following individuals, believed to be current or former employees of OPDA:

(a) John Alford;
(b) David Batt;
(c) Blair Berthelot;
(d) Lionel Burns;
(e) Alex Calenda;
(f) Juliet Clark;
(g) Matt Coman;
(h) Jeff Davidson;
(i) Keith Detweiler;
(j) Jim Dugan;
(p) Andre Jeanfreau;
(q) David Jennings;
(r) Deborah Kettering;
(s) John Lenfant, IV;
(t) Dwayne McClure;
(u) Joseph Meyer;
(v) James Meyers;
(w) Janice Mossa;
(x) Alvin Oser;
(y) Eusi Phillips;

1

| | |
|---|---|
| (k) Craig Famularo; | (z) Myles Ranier; |
| (l) Donald Foret; | (aa) Brittany Reed; |
| (m) Harold Gilbert; | (bb) Dolores Smith; |
| (n) Karen Godail; | (cc) Cliff Strider; |
| (o) Fred Harper; | (dd) Shannon Swaim. |

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35**

Mr. Cannizzaro objects that the documents requested are not relevant to any party's claims or defenses. Mr. Cannizzaro further objects that, to the extent such documents, communications, and information may be considered relevant in some way, such relevance is so minimal that the burden of review and production is not proportional to the needs of the case. No documents are being produced in response to this request.

**REQUEST FOR PRODUCTION NO. 36**

Produce the complete personnel files for Donna Andrieu, Michael Bollman, Graham Bosworth, Camille Buras, Harry Connick, Sr., Charles Lane, Fred Menner, Andrew Pickett, John Rohr, Brad Scott, James Williams, and Trina Wilson (née Thomas). This request does not encompass information of a strictly personal nature, such as information related to health or family. Furthermore, responsive documents may be marked as confidential.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36**

Mr. Cannizzaro objects that the documents requested are not relevant to any party's claims or defenses. Mr. Cannizzaro further objects that, to the extent such documents, communications, and information may be considered relevant in some way, such relevance is so minimal that the burden of review and production is not proportional to the needs of the case. Additionally, even excluding "information of a strictly personal nature, such as information related to health or family," and even if produced subject to a confidentiality agreement, the personnel files of prosecutors obviously contain information that could cause them annoyance, embarrassment, and

oppression. If necessary, Mr. Cannizzaro will seek a protective order barring discovery of these personnel files absent a showing of compelling need. No documents are being produced in response to this request.

**REQUEST FOR PRODUCTION NO. 37**

Produce all reports produced by OPDA or reflecting data concerning the number of recommendations for criminal charges received from NOPD, cases declined, cases accepted, guilty pleas made, charges dismissed, jury trials conducted, bench trials conducted, convictions obtained, acquittals, types of offenses tried, convictions appealed, convictions reversed on appeal, postconviction applications received, and/or post-conviction applications granted that were issued on a quarterly, annual, or other periodic basis between January 1, 1973 and January 26, 2017.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37**

Mr. Cannizzaro objects that the documents requested are not relevant to any party's claims or defenses. Mr. Cannizzaro further objects that, to the extent such documents, communications, and information may be considered relevant in some way, such relevance is so minimal that the burden of review and production is not proportional to the needs of the case. Mr. Cannizzaro further objects, in accordance with Judge Wilkinson's November 14, 2018 order, that the 44-year period covered by the interrogatory is unreasonably long and not proportional to the needs of the case to the extent that it seeks documents or information before 1989. No documents are being produced in response to this request.

Robert L. Freeman, Jr., 21596
Donna R. Andrieu, 26441
Office of the District Attorney,
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Telephone: (504) 822-2414, ext. 2877
Facsimile: (504) 827-6393

Thomas J. Barbera, 18719
4645 Carthage Street
Metairie, Louisiana 70002
Telephone: (504) 931-0662

/s/ Richard C. Stanley
Richard C. Stanley, 8487
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY, REUTER, ROSS, THORNTON
  & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Leon Cannizzaro (in his official capacity as Orleans Parish District Attorney)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2019, a copy of the foregoing was served on counsel of record for all parties by email.

/s/ Richard C. Stanley

4