UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. 2:18-CV-0503-JTM-JCW |
| | : | |
| Plaintiff | : | SECTION H(2) |
| | : | |
| v. | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| LEON CANNIZZARO, JR., and | : | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| ABC INSURANCE COMPANIES 1-10, | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY FROM DEFENDANT LEON CANNIZZARO, JR. AND PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE KYLE DALY**

It is ORDERED that Plaintiff's Second Motion to Compel Discovery from Defendant Leon Cannizzaro, Jr. and Plaintiff's Motion for Leave to Depose Kyle Daly is set for oral argument on Wednesday, October 23, 2019 at 11:00 a.m. before the Honorable Joseph C. Wilkinson, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B421, New Orleans, Louisiana.

**DENIED**

10/3/19

It is so ORDERED.

SIGNED this ____ day of _____, 2019.

_____

UNITED STATES MAGISTRATE JUDGE