UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. 2:18-CV-0503-JTM-JCW |
| | : | |
| Plaintiff | : | SECTION H(2) |
| | : | |
| v. | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| LEON CANNIZZARO, JR., and | : | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| ABC INSURANCE COMPANIES 1-10, | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## ORDER

Considering the Ex Parte Motion to File the Unredacted Memorandum of Law in Support of and Appendix A to Plaintiff's Second Motion to Compel Discovery from Defendant Leon Cannizzaro, Jr. and Plaintiff's Motion for Leave to Depose Kyle Daly Under Seal,

IT IS ORDERED that the motion is hereby GRANTED. The unredacted memorandum and Appendix A will be filed under seal.

New Orleans, Louisiana, this  3rd  day of  October , 2019.

_____

UNITED STATES MAGISTRATE JUDGE