UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. 2:18-CV-0503-JTM-JCW |
| | : | |
| Plaintiff | : | SECTION H(2) |
| | : | |
| v. | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| LEON CANNIZZARO, JR., and | : | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| ABC INSURANCE COMPANIES 1-10, | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR ORDER
COMPELLING PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 26(b)(1), Plaintiff Robert Jones ("Mr. Jones") respectfully submits this Memorandum in Support of his Unopposed Motion for Order Compelling Production of Documents. Rule 26(b)(1) provides that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). In his Complaint, Mr. Jones alleges that he was mistakenly identified by two witnesses, and that the witnesses' initial descriptions of the perpetrator more closely matched the appearance of Lester Jones. *See* Doc. No. 1 at ¶¶ 1–3, 5, 22–29. Mr. Jones thus seeks to obtain from the Louisiana Department of Corrections any photographs of Lester Jones in the Department's possession to assist him in proving that Lester Jones was the sole perpetrator of the crimes for which Mr. Jones was wrongfully convicted. Because Mr. Jones has been informed by the Department that he cannot obtain photographs in its files without a court order, Mr. Jones now seeks the Court's assistance in obtaining these documents. Counsel for Defendant Leon Cannizzaro, Jr., has been contacted and does not oppose the Court's granting this Motion.

For these reasons, Mr. Jones respectfully asks this Court to grant his Unopposed Motion for Order Compelling Production of Documents and to issue a Subpoena *Duces Tecum* ordering the Louisiana Department of Corrections to release any photographs of Lester Jones in its possession to Mr. Jones's undersigned counsel.

Respectfully submitted,

/s/ Mary Swears
Alan Vinegrad* (T.A.) (N.Y. 1967140)
Erin Monju* (N.Y. 5160908)
John Nelson* (N.Y. 5605241)
Mary Swears* (N.Y. 5677687)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, N.Y. 10018
Phone:  (212) 841-1000
Email: avinegrad@cov.com,
      emonju@cov.com,
      jnelson@cov.com,
      mswears@cov.com

with

Mark A. Cunningham (La. 24063)
JONES WALKER LLP
201 St. Charles Avenue, Ste. 5100
New Orleans, L.A. 70170
Phone:  (504) 582-8536
Email: mcunningham@joneswalker.com

and

Nina Morrison* (N.Y. 3048691)
INNOCENCE PROJECT
40 Worth Street
Suite 701
New York, N.Y. 10013
Phone: (212) 364-5340
Email: nmorrison@innocenceproject.org

*Admitted pro hac vice
*Attorneys for Plaintiff Robert Jones*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by using the CM/ECF system, this 15th day of October, 2019.

*/s/ Mary Swears*
