## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JONES, | : | CIVIL ACTION NO. 2:18-CV-0503-JTM-JCW |
| Plaintiff | : | SECTION H(2) |
| v. | : | JUDGE JANE TRICHE MILAZZO |
| LEON CANNIZZARO, JR., and | : | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| ABC INSURANCE COMPANIES 1-10, | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTIONS (1) *IN LIMINE* TO PRECLUDE ADMISSION OF EVIDENCE AND ARGUMENT, AND (2) FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE**

Plaintiff Robert Jones, through his undersigned counsel, hereby moves for an *in limine* ruling that Defendant Leon Cannizzaro, Jr. is precluded from introducing any evidence or argument concerning alleged ineffective assistance of counsel and from introducing any evidence or argument concerning prison officials' and inmates' conduct as a defense to damages. Mr. Jones also moves for partial summary judgment dismissing Mr. Cannizzaro's Fifth Affirmative Defense. In support of his motions, Plaintiff relies upon his Memorandum in Support filed herewith and incorporated herein by reference.

Respectfully submitted,

*/s/ Erin Monju*
Alan Vinegrad* (T.A.) (N.Y. 1967140)
Erin Monju* (N.Y. 5160908)
Benjamin Cain* (C.A. 325122)
Mary Swears* (N.Y. 5677687)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, N.Y. 10018
Phone: (212) 841-1000
Email: avinegrad@cov.com,
      emonju@cov.com,
      bcain@cov.com,
      mswears@cov.com

*with*

Mark A. Cunningham (La. 24063)
JONES WALKER LLP
201 St. Charles Avenue, Ste. 5100
New Orleans, L.A. 70170
Phone: (504) 582-8536
Email: mcunningham@joneswalker.com

*and*

Nina Morrison* (N.Y. 3048691)
INNOCENCE PROJECT
40 Worth Street
Suite 701
New York, N.Y. 10013
Phone: (212) 364-5340
Email: nmorrison@innocenceproject.org

*Admitted pro hac vice*

*Attorneys for Plaintiff Robert Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by using the CM/ECF system, this 27th day of January, 2020.

*/s/ Erin Monju*